**Dismiss and Opinion Filed August 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00697-CV

**CHARLES D. TYSON AND GILLIAMS AGHORN ENERGY, INC., Appellants**

**V.**

**MEDSTAR FUNDING AND FOREST PARK MEDICAL CENTER, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00370**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion by Justice Bridges

Before the Court is appellant's August 7, 2013 motion to dismiss appeal as moot due to

resolution of the underlying case. We grant appellant's motion and dismiss this appeal. *See*

TEX. R. APP. P. 42.1(a)(1).

130697F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CHARLES D. TYSON AND GILLIAMS
AGHORN ENERGY, INC., Appellant

No. 05-13-00697-CV      V.

MEDSTAR FUNDING AND FOREST
PARK MEDICAL CENTER, Appellees

On Appeal from the 44th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-00370.
Opinion delivered by Justice Bridges.
Justices Moseley and Lang-Miers
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees MEDSTAR FUNDING AND FOREST PARK
MEDICAL CENTER recover its costs of this appeal from appellants CHARLES D. TYSON
AND GILLIAMS AGHORN ENERGY, INC.

Judgment entered August 21, 2013

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE